**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>Randolph L. Chambers</u>

    v.                                    Civil No. 04-cv-397-JD

<u>Warden, New Hampshire State Prison</u>

### ORDER

On May 11, 2005, this Court issued a Report and Recommendation addressing a motion for a preliminary injunction filed by Plaintiff Randolph L. Chambers. It has come to the Court's attention that the Report and Recommendation inadvertently indicates at page 14 that "the Plaintiff has demonstrated that he is likely to succeed on the merits." The Court intended to state that "the Plaintiff has <u>not</u> demonstrated that he is likely to succeed on the merits." Accordingly, the text of the May 11, 2005 Report and Recommendation is hereby amended by this corrective order.

    **SO ORDERED.**

                                                  _____
                                                  James R. Muirhead
                                                  United States Magistrate Judge

Date: June 6, 2005

cc:  Randolph L. Chambers, <u>pro se</u>
     Laura E. B. Lombardi, Esq.