UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Randolph L. Chambers</u>

           v.                           Civil No. 04-cv-397-JD

<u>NH State Prison, Warden</u>

## O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated May 11, 2005, no objection having been filed.

    SO ORDERED.


June 8, 2005                                       _____
                                                      Joseph A. DiClerico, Jr.
                                                      United States District Judge


cc:    Randolph Chambers, pro se
        Laura Lombardi, Esq.